IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| gullett - el : taquan - rashe, | ) |
| *also known as* | ) |
| "Maalik Rashe El" | ) |
| *also known as* | ) |
| "Taquan Gullett" | ) |
| Metropolitan Detention Center, Los Angeles | ) |
| 535 N. Alameda Street | ) |
| Los Angeles, CA 90012 | ) |
| Inmate # 620193-018 | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT TO NULLIFY AND ENJOIN FALSE LIEN FILINGS**

    The plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to nullify and enjoin false lien filings made by the Defendant in the Washington D.C. Recorder of Deeds and the California Secretary of State against certain employees of the United States, to expunge and removed such documents from the public record; and to enjoin the Defendant from all future filings of similar documents. In support of this action, the United States alleges as follows:

**JURISDICTION AND VENUE**

    1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 26 U.S.C. § 7402.

    2.    Venue is proper in the District of Columbia pursuant to 28 U.S.C. § 1391(b) because the Defendant used Washington, D.C., recording mechanisms to harass Government officials employed by the United States in Washington, D.C.

## PARTIES

3. The plaintiff is the United States of America.

4. Defendant, gullet - el : taquan - rashe, also known as "Maalik Rashe El," also known as "Taquan Gullett" (hereinafter "Defendant" or "Taquan Gullett") filed false liens with the Washington, D.C. Recorder of Deeds Office on December 1, 2010, and December 16, 2010, against certain employees of the United States. This Court has jurisdiction over the Defendant under the District of Columbia Long-Arm Statute, D.C. Code Ann. § 13-423.

## DEFENDANT'S FALSE LIEN FILINGS AGAINST FEDERAL OFFICIALS

5. On December 1, 2010, Defendant filed with the Washington, D.C., Recorder of Deeds a UCC Financing Statement ("the December 1, 2010 UCC Financing Statement"). A true and correct copy of this UCC Financing Statement is attached as Exhibit A.

6. The December 1, 2010 UCC Financing Statement had the effect of falsely describing as debtors the following persons in their official capacities as officers or employees of the United States: J. Russell George, Inspector General For Tax Administration, Department of the Treasury, and Douglas Shulman, Commissioner of Internal Revenue.

7. The December 1, 2010 UCC Financing Statement lists J. Russell George as a debtor and gives as his mailing address 1111 Constitution Avenue, N.W., Washington, D.C. 20224, which is the address of the National Office of the Internal Revenue Service.

8. The December 1, 2010 UCC Financing Statement lists Douglas Shulman as a debtor and gives as his mailing address 1111 Constitution Avenue, N.W., Washington, D.C. 20224, which is the address of the National Office of the Internal Revenue Service.

9. The December 1, 2010 UCC Financing Statement also contains private and personal information of the named persons.

10. On December 16, 2010, Defendant filed with the Washington, D.C., Recorder of Deeds a UCC Financing Statement ("the December 16, 2010 UCC Financing Statement"). A true and correct copy of this UCC Financing Statement is attached as Exhibit B.

11. The December 16, 2010 UCC Financing Statement had the effect of falsely describing as debtors the following persons in their official capacities as officers or employees of the United States: J. Russell George, Inspector General For Tax Administration, Department of the Treasury, and Douglas Shulman, Commissioner of Internal Revenue.

12. The December 16, 2010 UCC Financing Statement lists J. Russell George as a debtor and gives as his mailing address 1111 Constitution Avenue, N.W., Washington, D.C. 20224, which is the address of the National Office of the Internal Revenue Service.

13. The December 16, 2010 UCC Financing Statement lists Douglas Shulman as a debtor and gives as his mailing address 1111 Constitution Avenue, N.W., Washington, D.C. 20224, which is the address of the National Office of the Internal Revenue Service.

14. The December 16, 2010 UCC Financing Statement also contains private and personal information of the named persons.

15. On January 27, 2012, Defendant filed with the California Secretary of State a UCC Financing Statement ("the January 27, 2012 UCC Financing Statement"). A true and correct copy of this UCC Financing Statement is attached as Exhibit C.

16. The January 27, 2012 UCC Financing Statement had the effect of falsely describing as debtors the following persons in their official capacities as officers or employees of the United States: J. Russell George, Inspector General For Tax Administration, Department of the Treasury, and Douglas Shulman, Commissioner of Internal Revenue.

17. The January 27, 2012 UCC Financing Statement lists J. Russell George as a debtor and gives as his mailing address 1125 15th Street, N.W., Suite 700, Washington, D.C. 2005, which is the address of the Treasury Inspector General for Tax Administration.

18. The January 27, 2012 UCC Financing Statement lists Douglas Shulman as a debtor and gives as his mailing address 1111 Constitution Avenue, N.W., Washington, D.C. 20224, which is the address of the National Office of the Internal Revenue Service.

19. The UCC Financing Statements referred to in paragraphs 5 through 18, above,

were filed by Taquan Gullett in retaliation for the acts performed by the officers and employees of the United States as part of their official duties, under their authority as officers, or under the direction of officers, of the United States.

20. The UCC Financing Statements referred to in paragraphs 5 through 18, above, which purport to encumber the real and personal property of J. Russell George and Douglas Shulman, are specifically designed to cause substantial interference with the enforcement of the laws of the United States pertaining to the internal revenue and to molest, interrupt, hinder, intimidate or impede employees or officers of the United States in the good faith performance of their official duties.

21. The UCC Financing Statements referred to in paragraphs 5 through 18, above, lack any legal basis whatsoever, and are solely designed to harass federal officers and employees in their personal lives for the performance of their official duties, and this impose immediate and irreparable harm upon them.

22. The UCC Financing Statements referred to in paragraphs 5 through 18, above, impose an immediate and irreparable injury upon the United States of America by impeding, obstructing, and impairing the execution of the official duties of its employees or officers.

23. The public interest will be served by an order declaring the UCC Financing Statements referred to in paragraphs 5 through 18, above, to be null and void, and permanently enjoining the Defendant, Taquan Gullett, and all those acting in active concert or participation with him from filing, or attempting to file, any document or instrument which (1) purports to create a nonconsensual lien against the property of any federal officer or employee, or which (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee.

WHEREFORE, the plaintiff, United States of America, respectfully prays as follows:

A. That the Court determine, adjudge and declare that the UCC Financing

Statements referred to in paragraphs 5 through 18, above, to be null, void, and of no legal effect, and that record of the filings be expunged and removed from the public record;

  B. That the Court grant leave to file any order or judgment obtained in this case with the Washington D.C. Recorder of Deeds, the California Secretary of State, and / or in the public records of any other jurisdiction(s) where documents identical or similar to the UCC Financing Statements referred to in paragraphs 5 through 18, above may have been filed by the Defendant;

  C. That the Court permanently enjoin Taquan Gullett, his agents, employees, and all others in active concert or participation with him from filing, or attempting to file, any document or instrument which purports to (1) create a nonconsensual lien against the real and personal property of any federal officer or employee, or (2) which contains any personal information (such as the social security number or the residence address) of any federal officer or employee;

  D. That the United States of America be awarded its costs and reasonable attorney's fees incurred in this action; and

  E. That the Court grant such other and further relief as the Court deems to be just and proper.

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
Telecopier: (202) 514-6866
Email: michael.j.martineau@usdoj.gov

OF COUNSEL:

VINCENT COHEN, JR.
Acting United States Attorney