# COMPLAINT - EXHIBIT A

December 1, 2010, UCC Financing Statement filed with Washington, D.C. Recorder of Deeds
(3 Page Document)

```
Doc# : 2010107028
Page 1 of 3
Date: 12/01/2010   4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $     5.00
   ERECORD             $    20.00
   ESURCHARGE          $     6.50
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Taquan Gullett   8183707347

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Gullett, Taquan

North Hollywood, CA 91615
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| GEORGE | J. | RUSSELL | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1111 Constitution Avenue NW | Washington | DC | 20224 | UNITED STATES |
| 1d. TAX ID #: SSN OR EIN: 20-018-2346 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Trsmttng Util. | 1f. JURISDICTION OF ORGANIZATION: USA | 1g. ORGANIZATIONAL ID #, if any: 20-018-2346 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| SHULMAN | DOUGLAS | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1111 Constitution Ave NW | Washington | d | 20224 | UNITED STATES |
| 2d. TAX ID #: SSN OR EIN: 52-603-7440 | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: Trsmttng Util. | 2f. JURISDICTION OF ORGANIZATION: USA | 2g. ORGANIZATIONAL ID #, if any: 52-603-7440 ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| GULLETT | TAQUAN | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| In Care Of Post Office Box 17135 | North Hollywood | c | 91615 | UNITED STATES |

**4. This FINANCING STATEMENT covers the following collateral:**

INTERNATIONAL COMMERCIAL CLAIM within the ADMIRALTY
MARITIME COMMERCIAL LIEN

STATEMENT OF ACCOUNT No. RE246590613US

Ending / Closing Balance on October 15, 2010....$20,149,296.00

Ending / Closing Balance on November 15, 2010.. $ 20,552,281.92

Judgment Debtor(s) affirm that the Administrative Judgment is the FINAL
EXPRESSION IN A RECORD and intended as a complete and exclusive statement of
the terms of the agreement between the parties.

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☒ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
International Commercial Claim within the Admiralty - RE 246 590 613 US

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

```
Doc# : 2010107028
Page 2 of 3
Date: 12/01/2010   4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $     5.00
   ERECORD             $    20.00
   ESURCHARGE          $     6.50
```

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
   9a. ORGANIZATION'S NAME
OR
   9b. INDIVIDUAL'S LAST NAME: GEORGE | FIRST NAME: J. | MIDDLE NAME, SUFFIX: RUSSELL

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names
   11a. ORGANIZATION'S NAME: INTERNAL REVENUE SERVICE EMPLOYEES BENEFICIAL ASSC
OR
   11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

   11c. MAILING ADDRESS: 1111 Constitution Avenue NE | CITY: Washington | STATE: d | POSTAL CODE: 20002 | COUNTRY: UNITED STATES
   11d. TAX ID #: SSN OR EIN: 52-605-5609 | ADDL INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trsmttng Util. | 11f. JURISDICTION OF ORGANIZATION: USA | 11g. ORGANIZATIONAL ID #, if any: 52-605-5609 | ☐ NONE

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)
   12a. ORGANIZATION'S NAME
OR
   12b. INDIVIDUAL'S LAST NAME: EL | FIRST NAME: MAALIK | MIDDLE NAME: RAHSHE | SUFFIX
   12c. MAILING ADDRESS: In Care Of Post Office Box 17135 | CITY: North Hollywood | STATE: c | POSTAL CODE: 91615 | COUNTRY: UNITED STATES

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.
14. Description of real estate: See Collateral Description.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:
RECORD OF ADMINISTRATIVE JUDGMENT:
NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), dated September 22, 2010, attached hereto and incorporated herein by this reference.

SURETY/COLLATERAL
All property including, but not limited to:
All Bank Accounts, Safety Deposit Boxes, Certificates of Deposit (CD), Retirement Funds, 801K's, 401K's, Real Estate Stocks, Bonds of any type, Securities, Cash on Hand, Jewelry, Houses, Lands, Motor Vehicles, Automobiles, Motorhomes, Aircraft,

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☒ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

```
Doc# : 2010107028
Page 3 of 3
Date: 12/01/2010    4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $     5.00
   ERECORD             $    20.00
   ESURCHARGE          $     6.50
```

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME: GEORGE | FIRST NAME: J. | MIDDLE NAME, SUFFIX: RUSSELL

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: INTERNAL REVENUE SERVICE EMPLOYEES BENEFICIAL ASSC

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 1111 Constitution Avenue NE | CITY: Washington | STATE: d | POSTAL CODE: 20002 | COUNTRY: UNITED STATES

11d. TAX ID #: SSN OR EIN: 52-605-5609 | ADDL INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trsmttng Util. | 11f. JURISDICTION OF ORGANIZATION: USA | 11g. ORGANIZATIONAL ID #, if any: 52-605-5609 | ☐ NONE

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME: EL | FIRST NAME: MAALIK | MIDDLE NAME: RAHSHE | SUFFIX

12c. MAILING ADDRESS: In Care Of Post Office Box 17135 | CITY: North Hollywood | STATE: c | POSTAL CODE: 91615 | COUNTRY: UNITED STATES

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:
Watercraft, Household Furniture, Guns, Ammunition, Coin Collections, All Collectibles Items, Insurance Policies, Credit Cards, Lines of Credit, All revenue streams and sources of income from any source, Farm Equipment, Farm Supplies, Heavy Equipment, Crops, Farm Animals, Machinery, Tools, Buildings, Structures, Office Equipment and Supplies, All Corporate Assets, Water Rights, Mineral Rights, Intellectual Properties, Patents, Inventions, or any other thing of value as needed to satisfy this claim. Debtor is a Trust.

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☒ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)