## COMPLAINT - EXHIBIT B

December 16, 2010, UCC Financing Statement filed with Washington, D.C. Recorder of Deeds
(11 Page Document)

Inst. Number: 201054718984  Book: 1278  Page: 1062  Date: 12/16/2010  Time: 2:16:20 PM  Page 1 of 11

```
Doc#: 2010107028
Page 1 of 3
Date: 12/01/2010   4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING       $    5.00
   ERECORD          $   20.00
   ESURCHARGE       $    6.50
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Taquan Gullett  8183707347

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Gullett, Taquan

North Hollywood, CA 91615

Inst:201054718984 Date:12/16/2010 Time:2:16 PM
DC, Tim Smith, Putnam County Page 1 of 11 B:1278 P:1062

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 1b | GEORGE | J. | RUSSELL | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Avenue NW | Washington | DC | 20224 | UNITED STATES |

| TAX ID # SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 20-018-2346 | | Transmtng Util. | USA | 20-018-2346 □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 2b | SHULMAN | DOUGLAS | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Ave NW | Washington | d | 20224 | UNITED STATES |

| TAX ID # SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 52-603-7440 | | Transmtng Util. | USA | 52-603-7440 □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — insert only one secured party name (3a or 3b)

| | INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 3b | GULLETT | TAQUAN | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In Care Of Post Office Box 17135 | North Hollywood | c | 91615 | UNITED STATES |

4. This FINANCING STATEMENT covers the following collateral:

INTERNATIONAL COMMERCIAL CLAIM within the ADMIRALTY
MARITIME COMMERCIAL LIEN

STATEMENT OF ACCOUNT No. RE246590613US

Ending / Closing Balance on October 15, 2010....$20,149,296.00

Ending / Closing Balance on November 15, 2010.. $ 20,552,281.92

Judgment Debtor(s) affirm that the Administrative Judgment is the FINAL
EXPRESSION IN A RECORD and intended as a complete and exclusive statement of
the terms of the agreement between the parties.

International Commercial Claim within the Admiralty - RE 246 590 613 US

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV 07/29/98)



Inst. Number: 201054718984  Book: 1278  Page: 1063  Date: 12/16/2010  Time: 2:16:20 PM  Page 2 of 11

```
Doc# : 2010107028
Page 2 of 3
Date: 12/01/2010    4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $     5.00
  ERECORD           $    20.00
  ESURCHARGE        $     6.50
```

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR** (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX
GEORGE | J. | RUSSELL

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME
INTERNAL REVENUE SERVICE EMPLOYEES BENEFICIAL ASSC

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
1111 Constitution Avenue NE | Washington | d | 20002 | UNITED STATES

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any
52-605-5609 | ORGANIZATION DEBTOR  Tramtting Util. | USA | 52-605-5609 ☐ NONE

**12.** ☒ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
EL | MAALIK | RAHSHE

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
In Care Of Post Office Box 17135 | North Hollywood | c | 91615 | UNITED STATES

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:
See Collateral Description.

16. Additional collateral description:
RECORD OF ADMINISTRATIVE JUDGMENT:
NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), dated September 22, 2010, attached hereto and incorporated herein by this reference.

SURETY/COLLATERAL
All property including, but not limited to:
All Bank Accounts, Safety Deposit Boxes, Certificates of Deposit (CD), Retirement Funds, 801K's, 401K's, Real Estate Stocks, Bonds of any type, Securities, Cash on Hand, Jewelry, Houses, Lands, Motor Vehicles, Automobiles, Motorhomes, Aircraft,

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☒ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV 07/29/98)



COPY

Case 1:15-cv-00652-EGS   Document 1-2   Filed 04/29/15   Page 4 of 12

Inst. Number: 201054718984  Book: 1278  Page: 1064  Date: 12/16/2010  Time: 2:16:20 PM  Page 3 of 11

```
Doc#  : 2010107028
Page 3 of 3
Date: 12/01/2010    4:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
 PROCESSING              $     5.00
 ERECORD                 $    20.00
 ESURCHARGE              $     6.50
```

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX
--- | --- | ---
GEORGE | J. | RUSSELL

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: **INTERNAL REVENUE SERVICE EMPLOYEES BENEFICIAL ASSC**

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Avenue NE | Washington | d | 20002 | UNITED STATES |

| 11d. TAX ID#: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| 52-605-5609 | ORGANIZATION | Trsmttng Util. | USA | 52-605-5609 | ☐ NONE |

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
--- | --- | --- | ---
EL | MAALIK | RAHSHE |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In Care Of Post Office Box 17135 | North Hollywood | c | 91615 | UNITED STATES |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

16. Additional collateral description:

Watercraft, Household Furniture, Guns, Ammunition, Coin Collections, All Collectibles Items, Insurance Policies, Credit Cards, Lines of Credit, All revenue streams and sources of income from any source, Farm Equipment, Farm Supplies, Heavy Equipment, Crops, Farm Animals, Machinery, Tools, Buildings, Structures, Office Equipment and Supplies, All Corporate Assets, Water Rights, Mineral Rights, Intellectual Properties, Patents, Inventions, or any other thing of value as needed to satisfy this claim. Debtor is a Trust.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☒ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV 07/29/98)



Inst. Number: 201054718984  Book: 1278  Page: 1065  Date: 12/16/2010  Time: 2:16:20 PM  Page 4 of 11

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Taquan Gullett
8163707347

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Taquan Gullett
In Care of Post Office Box 17135
North Hollywood, CA 91615-7135
USA

DOCUMENT NUMBER: 27118940002
FILING NUMBER: 10-7252945530
FILING DATE: 12/01/2010 10:55
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| George | J. | Russell | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Avenue NW | Washington | DC | 20224 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL IDs, if any |
|---|---|---|---|---|
| | | | | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Shulman | Douglas | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Avenue NW | Washington | DC | 20224 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL IDs, if any |
|---|---|---|---|---|
| | | | | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gullett | Taquan | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In Care Of Post Office Box 17135 | North Hollywood | CA | 91615-7135 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☑ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY



Case 1:15-cv-00652-EGS   Document 1-2   Filed 04/29/15   Page 6 of 12

Inst. Number: 201054718984 Book: 1278 Page: 1066 Date: 12/16/2010 Time: 2:16:20 PM Page 5 of 11

Page 2
# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME: George
FIRST NAME: J.
MIDDLE NAME, SUFFIX: Russell

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 27118940002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME: Gorley
FIRST NAME: Barbara
MIDDLE NAME: B.
SUFFIX:

11c. MAILING ADDRESS: 5045 E Butler Avenue, Floor 7
CITY: Fresno
STATE: CA
POSTAL CODE: 93727
COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☑ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME: El
FIRST NAME: Maalik
MIDDLE NAME: Rahshe
SUFFIX:

12c. MAILING ADDRESS: In Care Of Post Office Box 17135
CITY: North Hollywood
STATE: CA
POSTAL CODE: 91615-7135
COUNTRY: USA

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.
14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY



COPY

Inst. Number: 201054718984  Book: 1278  Page: 1067  Date: 12/16/2010  Time: 2:16:20 PM  Page 6 of 11

Page 3
## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**
- 19a. ORGANIZATION'S NAME:
- OR 19b. INDIVIDUAL'S LAST NAME: George / FIRST NAME: J. / MIDDLE NAME, SUFFIX: Russell

**20. MISCELLANEOUS:**

DOCUMENT NUMBER: 27118940002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME**
- 21a. ORGANIZATION'S NAME:
- OR 21b. INDIVIDUAL'S LAST NAME: Green / FIRST NAME: Maureen / MIDDLE NAME: / SUFFIX:
- 21c. MAILING ADDRESS: 1160 W 1200 Street / CITY: Ogden / STATE: UT / POSTAL CODE: 84201 / COUNTRY: USA
- 21d. SEE INSTRUCTIONS / 21e. TYPE OF ORGANIZATION: / 21f. JURISDICTION OF ORGANIZATION: / 21g. ORGANIZATIONAL ID#: NONE

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME**
- 22a. ORGANIZATION'S NAME: INTERNAL REVENUE SERVICE - HOLTSVILLE, NY
- 22c. MAILING ADDRESS: 199 6th Avenue / CITY: Holtsville / STATE: NY / POSTAL CODE: 11742 / COUNTRY: USA
- 22e. TYPE OF ORGANIZATION: Transmitting Utility / 22f. JURISDICTION OF ORGANIZATION: USA / 22g. ORGANIZATIONAL ID#: 94-284-3948

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME**
- 23a. ORGANIZATION'S NAME: INTERNAL REVENUE SERVICE EMPLOYEES BENEFICIAL ASSOCIATION
- 23c. MAILING ADDRESS: 1111 Constitution Avenue NE / CITY: Washington / STATE: DC / POSTAL CODE: 20002 / COUNTRY: USA
- 23e. TYPE OF ORGANIZATION: Transmitting Utility / 23f. JURISDICTION OF ORGANIZATION: USA / 23g. ORGANIZATIONAL ID#: 52-605-5609

**24. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME**

**25. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME**


COPY

Case 1:15-cv-00652-EGS   Document 1-2   Filed 04/29/15   Page 8 of 12

Inst. Number: 201054718984 Book: 1278 Page: 1068 Date: 12/16/2010 Time: 2:16:20 PM Page 7 of 11



A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

**INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY**

**SUMMARY & BINDER**

| | |
|---|---|
| **Claim Number:** | RE246590613US |
| **Effective Date:** | October 15, 2010 |
| **Libelant(s):** | Taquan Gullett, Secured Party Creditor<br>Executive Trustee for Trust known as TAQUAN R. GULLETT<br>referred to in the Contract as "Libelant," "my" or "I" as required |
| **Mailing Location:** | c/o KERRI PALITANG, NOTARY PUBLIC<br>UPS Store #5626<br>8309 Laurel Canyon Boulevard<br>SUN VALLEY, CA 91352 |
| **LIBELEES:** | J. Russell George, dba J. RUSSELL GEORGE<br>INSPECTOR GENERAL FOR TAX ADMINISTRATION<br>c/o DEPARTMENT OF THE TREASURY<br>1125 15th Street NW, Suite 700<br>Washington, DC 20005<br><br>Douglas Shulman, dba DOUGLAS SHULMAN<br>INRERNAL REVENUE SERVICE COMMISSIONER<br>c/o DEPARTMENT OF THE TREASURY<br>Room 5226, 1111 Constitution Avenue NW<br>Washington, DC 20224<br><br>Barbara B. Gourley, dba BARBARA B. GOURLEY<br>OPERATIONS MANAGER INPUT CORRECTIONS<br>c/o INTERNAL REVENUE SERVICE<br>Fresno Service Center<br>Fresno, CA 93888-0034<br><br>referred to herein individually and collectively as "LIBELEE," "LIBELEES," "you," "your" and/or "yours" except where otherwise noted the singular includes the plural. |
| **Service:** | UNDER NOTARY SEAL; AFFIDAVIT OF NOTARY PRESENTMENT<br>U.S. Post Office Registered Mail Article No. RE246590613US |
| **Important Provisions:** | True Bill (Invoice); Statement of Account<br>Affidavit of Obligation/Commercial Lien<br>Opportunity to Cure |
| **Schedules:** | Various schedules affixed to the CLAIM and referenced in the CLAIM as "Schedule ___" are part of the CLAIM and included by reference herein in their entirety. |

THIS IS A BINDING CONTRACT. PLEASE READ THE ENTIRE AGREEMENT CAREFULLY. YOUR RESPONSE, REBUTTAL OR OBJECTION IS REQUIRED NO LATER THAN OCTOBER 15, 2010. YOUR SILENCE WILL COMPRISE YOUR AGREEMENT WITH AND ACCEPTANCE OF ALL OF THE TERMS AND PROVISIONS IN THIS CLAIM.



Inst. Number: 201054718984 Book: 1278 Page: 1069 Date: 12/16/2010 Time: 2:16:20 PM Page 8 of 11

## ACCOUNTING AND TRUE BILL
INVOICE NO. RE246590613US

### CIVIL ASSESSMENT

| INVOICE NO. | DUE DATE | TERMS | LIABLE PARTY |
|---|---|---|---|
| RE246590613US | October 15, 2010 | Immediate pay. 2 percent interest per month after 30 days | LIBELERS |

$149,296.00 _____ Lawful 2009 Claim refund
$10,000,000.00 _____ Hindering, impeding, obstruction and/or delaying of Libelant's rights, titles, and interests in Claim
$10,000,000.00 _____ Semblance of harassment, coercion, defrauding, and/or defamation of Claim

The sum certain per agreement of all violations is Twenty Million One Hundred Forty-Nine Thousand Two-Hundred Ninety-Six U.S. Dollars ($20,149,296.00) of which each LIBELEE is severally liable.

[ ] Co-claimant Fee... upon certification by notary public Kerri Palitang per each offer to accept, share, partake in, and enjoy the privileges, benefits, responsibilities and liabilities of a certain perfected security interest ("Claim") described herein as a co-claimant whether by event of impairment or nullification of the Claim, Claimant or Debtor(s)
(___ events @ $10,000,000.00/event) ........... $ ___,000,000.00    [ ] NOTICE OF JOINDER TO THE CLAIM

[ ] Joinder Fee... upon certification by notary public Kerri Palitang per each offer to accept, share, partake in, and enjoy the privileges, benefits, responsibilities and liabilities of the Contract thereby joining as a principle herein, whether by event of impairment or nullification of the Contract or the principals
(___ events @ $5,000,000.00/event) ......... $ ___,000,000.00    [ ] NOTICE OF JOINDER TO THE CONTRACT

[ ] Additional fees. ___ x Compensation multiplier. Punitive damages:

Please pay this Escalator Amount no later than November 15, 2010 ...... $ 402,985.92
Please pay this Escalator Amount no later than December 15, 2010 ...... $ 411,045.64

**TERMS OF PAYMENT.** Claimant reserves the right to amend, correct and adjust this Accounting for any subsequent Joinder and Co-Claimant Fees, interest and charges. Payment may also be in any equal numerical value of gold, silver, a wire transfer, real property, natural resources, general tax credits, equivalent corporeal service not to exclude Respondents' imprisonment, or any agreeable combination of the above, and is in numerical parity with the Euro Dollar and any other superior currency backed by gold.

### STATEMENT OF ACCOUNT No. RE246590613US

Ending / Closing Balance on October 15, 2010 ..................... $ 20,149,296.00
Ending / Closing Balance on November 15, 2010 .................. $ 20,552,281.92
Ending / Closing Balance on December 15, 2010 .................. $ 20,963,327.55

In the event of error, please send a corrected Statement of Account to Claimant so it is received no later than fourteen (14) days after you receive this Statement of Account. As an operation of law, the Ending Balance becomes the legal liability unless corrected within fourteen (14) days.



Inst. Number: 201054718984 Book: 1278 Page: 1070 Date: 12/16/2010 Time: 2:16:20 PM Page 9 of 11

## SCHEDULE A.
## ABSTRACT OF ADMINISTRATIVE JUDGMENT
ATTACHMENT TO CLAIM NO. RE246590613US

Re:                    Claim

CASE NO.:              RE246590613US

JUDGMENT CREDITOR:     Taquan Gullett
                       c/o Kerri Palitang, Notary Public
                       UPS Store #5626
                       8309 Laurel Canyon Boulevard
                       Sun Valley, California 91352

**JUDGMENT DEBTOR(S):**

| J. Russell George | Douglas Shulman | Barbara B. Gourley |
| IRS INSPECTOR GENERAL | IRS COMMISSIONER | OPERATIONS MANAGER INPUT CORRECTION |
| Department of the Treasury | Room 5226 | INTERNAL REVENUE SERVICE |
| 1125 15th Street NW, Suite 700 | 1111 Constitution Avenue NW | Fresno Service Center |
| Washington, DC 20005 | Washington, DC 20224 | Fresno, CA 93888-0034 |

### DEFAULT FACTS, ADMISSIONS, CONFESSIONS & STIPULATIONS:

Following are the default facts, admissions, confessions and stipulations pursuant to the unrebutted AFFIDAVIT OF TRUTH & FACT, CONSTRUCTIVE NOTICE & FORMAL COMPLAINT, NOTICE OF FAULT IN DISHONOR (OPPORTUNITY TO CURE), NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), and all evidence of service and certifications of dishonor incorporated therewith, constituting the Administrative Judgment:

1. Judgment Debtor(s) affirm that their failure to timely and sufficiently respond on a point-by-point basis, via sworn affidavit, under their full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading, within twenty (20) days of receipt of the CONSTRUCTIVE NOTICE & FORMAL COMPLAINT and AFFIDAVIT OF TRUTH & FACT constitutes acceptance of terms and agreement to pay Libelant's One Hundred Forty-Nine Thousand Two Hundred Ninety Six U.S Dollars ($149,296.00) lawful 2009 Claim refund.

2. Judgment Debtor(s) affirm that they did not sufficiently respond to the presentment of CONSTRUCTIVE NOTICE & FORMAL COMPLAINT and AFFIDAVIT OF TRUTH & FACT, they received on or about August 10, 2010.

3. Judgment Debtor(s) affirm that they did not sufficiently respond to the presentment of a "NOTICE OF FAULT IN DISHONOR (Opportunity to Cure)", they received on or about September 11, 2010.

4. Judgment Debtor(s) affirm that pursuant to Judgment Debtor(s) confession in judgment is granting Libelant specific power of attorney for the acquisition, procurement and/or production of any and all records, documents, and /or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by this CLAIM.

5. Judgment Debtor(s) affirm the following damages are to be assessed against them, or any agents or assigns thereof, for actions pursued against the Judgment Creditor regarding the matter, referenced as Claim:

    A. The fact that the Judgment Debtor(s) have not responded to the Judgment Creditor's CONSTRUCTIVE NOTICE & FORMAL COMPLAINT, AFFIDAVIT OF TRUTH & FACT, NOTICE OF FAULT IN DISHONOR (OPPORTUNITY TO CURE), and NOTICE OF DEFAULT IN DISHONOR it is clear that Judgment Debtor(s)' intention is not to pay Judgment Creditor's One Hundred Forty-Nine Thousand Two-Hundred Ninety-Six U.S. Dollars ($149,296.00) lawful 2009 Claim refund;

    B. The fact that Judgment Debtor(s) have agreed through tacit acquiescence to Judgment Creditor's filing of encumbrances including, but not limited to liens, writs of possession, writs of execution, writs of attachment on any and all property, fixture, accounts, and public hazard bonds up to the amount of Ten Million U.S. Dollars ($10,000,000.00) for any and all instances of Judgment Debtor(s)' hindering, impeding, obstruction and/or delaying of Judgment Creditor's rights, titles, and interests in any and all collateral in association with or security for the above mentioned One Hundred Forty-Nine Thousand Two-Hundred Ninety-Six U.S. Dollars ($149,296.00) lawful 2009 Claim refund;

    C. The fact that Judgment Debtor(s) have agreed through tacit acquiescence to Judgment Creditor's filing of encumbrances including, but not limited to liens, writs of possession, writs of execution, writs of attachment on any and all property, fixture, accounts, and public hazard bonds up to the amount of Ten Million U.S. Dollars ($10,000,000.00) for any and all instances of Judgment Debtor(s)' semblance of harassment, coercion, defrauding, and/or defamation of the Judgment Creditor or Judgment Creditor's collateral in association with or security for the above mentioned One Hundred Forty-Nine Thousand Two-Hundred Ninety-Six U.S. Dollars ($149,296.00) lawful 2009 Claim refund;

6. Judgment Debtor(s) affirm that the Administrative Judgment is the FINAL EXPRESSION IN A RECORD and intended as a complete and exclusive statement of the terms of the agreement between the parties.

### RECORD OF ADMINISTRATIVE JUDGMENT:

NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), dated September 22, 2010, attached hereto and incorporated herein by this reference.

DATED: October 5, 2010          I CERTIFY, That the foregoing is a correct Abstract of the Administrative Judgment

                                By: _____
                                Taquan Gullett, Authorized Representative & Secured Party Creditor

COPY

Inst. Number: 201054718984 Book: 1278 Page: 1071 Date: 12/16/2010 Time: 2:16:20 PM Page 10 of 11

STATE OF CALIFORNIA }
COUNTY OF LOS ANGELES }

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT _____KERRI PALITANG_____ was, at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grants transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this __05__ day of __OCTOBER__, __2010__

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____ Deputy County Clerk
    GABRIEL PEREZ

COPY

BFR03-35J/2009

Case 1:15-cv-00652-EGS   Document 1-2   Filed 04/29/15   Page 12 of 12

Inst. Number: 201054718984 Book: 1278 Page: 1072 Date: 12/16/2010 Time: 2:16:20 PM Page 11 of 11

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

California Republic  )  
                  ) sworn and subscribed:  
Los Angeles county )

Commercial Affidavit Oath and Verification

I, Taquan Gullett, Secured Party Creditor, and Executive Trustee for the Trust known as TAQUAN R. GULLETT, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God.

_____ Taquan Gullett ALL RIGHTS RESERVED 10/5/2010  
Taquan Gullett, Secured Party Creditor and Executive Trustee for the Trust known as TAQUAN R. GULLETT  
ALL RIGHTS RESERVED

State of California )  
              ) ss:  
County of Los Angeles)

JURAT

Subscribed and sworn to (or affirmed) before me on this __5th__ day of __October__, __2010__.  
by __Taquan Gullett_____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ Signature  
KERRI PALITANG, Notary Public  
UPS STORE #5626  
8309 Laurel Canyon Boulevard  
Sun Valley, California 91352  
My commission expires: December 1, 2010

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

COPY

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD IN PUTNAM COUNTY, OFFICE OF THE CLERK OF COUNTY COURT  
BY _____ D.C.  
DATE  12-16-10


